UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LESPERANCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. MANNING, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0764 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 8. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed July 30, 2019, are adopted in full;

　　2. Defendants Holley and Bradley are dismissed from this action; and

1

3. Plaintiff's putative Sixth Amendment claim, First Amendment retaliation claim, and Eighth Amendment claim asserting deliberate indifference to his serious medical needs, are dismissed from this action without leave to amend.

DATED: September 3, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE